OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Eric Foster SOLOMON, Respondent.

No. 243 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 9, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of September, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board

dated July 2, 1996, and the Petition for Review, it is hereby

ORDERED that Eric Foster Solomon be and he is suspended from the Bar of this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ordered that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.

NEWMAN, J., did not participate in the consideration or decision of this matter.